An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

LARRY JAMES WASHINGTON,
Petitioner,
vs.
THE STATE OF NEVADA,
Respondent.

No. 66797

**FILED**

DEC 10 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION

This is a proper person petition for a writ of mandamus/prohibition. Petitioner seeks an order directing the district court to enter a written order reflecting its decision on July 31, 2014, to grant a motion to withdraw a guilty plea and order a new trial. Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise our original jurisdiction. *See* NRS 34.160; NRS 34.170; NRS 34.320; NRS 34.330. Petitioner should seek relief first in the district court and by and through his counsel.[1] Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Gibbons

_____, J.        _____, J.
Pickering                          Saitta

---

[1]The district court should, if it has not already done so, enter a written order reflecting its decision of July 31, 2014.

14-40267

cc: Hon. Douglas E. Smith, District Judge
Larry James Washington
Travis E. Shetler, Esq.
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A